IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**EDWARD V. RAY, JR.**                                                        **PLAINTIFF**

**V.**                                          **CIVIL ACTION NO.: 3:12-cv-118-NBB-JMV**

**CORRECTIONS CORP. OF AMERICA,**                            **DEFENDANTS**
**ET AL.**

## ORDER DENYING MOTION TO COMPEL DISCOVERY

This matter is before the court on plaintiff's motion to compel responses to interrogatories/requests for production [29], allegedly propounded on October 20, 2013. The motion is **DENIED** for the reason that the parities were, by order dated June 3, 2013, [16] prohibited from propounding discovery to one another absent leave of court. No such leave was requested or granted.

**SO ORDERED**, this the 4th day of March, 2014.

                                                         /s/ Jane M. Virden
                                                         **UNITED STATES MAGISTRATE JUDGE**